**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:24-CR-17 (WLS-TQL) |
| MICAHEL MATOS-GUTIERREZ, *et al.*, | : |
| Defendant. | : |

## ORDER

Before the Court is the Government's Motion for Protective Order ("the Motion") (Doc. 25). Therein, the Government moves the Court under Fed R. of Crim. P. 16(d) to enter a protective order limiting disclosure of certain discovery materials. The Court **ORDERS** all counsel who have made an appearance for Defendants to respond in writing on the docket, no later than **Tuesday, July 9, 2024,** indicating their position on the Government's Motion. Thereafter, the Court will rule on the Motion.

**SO ORDERED**, this 26th day of June 2024.

                                                  **/s/ W. Louis Sands**
                                                  **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**