**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-17 (WLS-TQL-1) |
| | : | |
| MICHAEL MATOS-GUTIERREZ, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

On July 15th, 2024, the Court entered an Order (Doc. 35) ordering Counsel for Defendant Michael Matos-Gutierrez to show cause why sanctions should not be issued for failure to respond to a Court order. Previously, the Court had ordered Defense Counsel to Respond to the Government's Motion for Protective Order, but Counsel failed to respond.

Defense Counsel, Mr. Saviello, filed a Response (Doc. 54) on July 19, 2024. In that Response, Mr. Saviello explains that he failed to respond because he did not read the Court's June 26, 2024, Order carefully. Mr. Saviello apologizes for missing the deadline and asks the Court not to impose sanctions.

The Court acknowledges Mr. Saviello's response and compliance with the show cause Order. The apology is accepted by the Court, and it finds that no sanction is necessary or appropriate. The Court reminds counsel that it is critical that he read all orders issued by the Court carefully so as to prevent mistakes such as this one from reoccurring.

**SO ORDERED**, this 22nd day of July 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**