# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:24-CR-17 (WLS-TQL) |
| MICHAEL MATOS-GUTIERREZ, *et al.*, | : |
| Defendant. | : |

## ORDER

Before the Court is the Government's Motion for Protective Order ("the Motion") (Doc. 25). Therein, the Government moves the Court under Fed R. of Crim. P. 16(d) to enter a protective order limiting disclosure of certain discovery materials. The Court entered an Order (Doc. 27) directing Counsel who had made an appearance on the docket to file a response. At the time, the only Counsel of record was that of Defendant Michael Matos-Gutierrez—Mr. Saviello. However, no response was filed and the Court issued a show cause Order. (Doc. 27).

Now, Counsel for the other Defendants have made an appearance on the docket. As such, the Court **ORDERS** all counsel who have made an appearance for Defendants, excluding counsel who previously responded, to respond in writing on the docket, no later than **Monday July 29, 2024,** indicating their position on the Government's Motion. Thereafter, the Court will rule on the Motion.

**SO ORDERED**, this 23rd day of June 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1