**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:24-CR-17 (WLS-TQL) |
| | : |
| MICAHEL MATOS-GUTIERREZ, | : |
| *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

## AMENDED ORDER

The Court issues this amended Order to amend the Order (Doc. 57) entered on July 23, 2024, in response to the Government's filing of an Unopposed Amended Motion for Protective Order ("Amended Order") (Doc. 56).

Before the Court is the Government's Amended Motion for Protective Order ("the Motion") (Doc. 25). Therein, the Government moves the Court under Fed R. of Crim. P. 16(d) to enter a protective order limiting disclosure of certain discovery materials. As such, the Court **ORDERS** all counsel who have made an appearance for Defendants, no later than **Tuesday, July 30, 2024,** indicating their position on the Government's Motion. Thereafter, the Court will rule on the Motion.

Additionally, the Government's original Motion for Protective Order (Doc. 25) is **DENIED-AS-MOOT**.

**SO ORDERED**, this 24th day of June 2024.

　　　　　　　　　　　　　　　　　　/s/ W. Louis Sands
　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, SR. JUDGE**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

1