**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-17 (WLS-TQL) |
| | : | |
| MICHAEL MATOS-GUTIERREZ, | : | |
| *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is the Government's Motion for Protective Order Governing Discovery Material ("the Motion") (Doc. 56). The Court Ordered (Doc. 59) all Defendants to Respond to the Motion. All Defendants have responded, and none oppose the Motion. (Docs. 60, 62, & 64).

Upon full review of the Record, and for good cause shown, the Motion (Doc. 56) is **GRANTED**. It is **ORDERED**, under Federal Rule of Criminal Procedure 16(d), that:

(1) The discovery materials provided by the Government may only be shared with (a) defense counsel, co-counsel, paralegals, investigators, litigation support personnel, and secretarial staff working for defense counsel; and (b) any retained analysts or experts whose duties require such records. Any such analysts or experts will be given only those materials necessary for them to do their work and shall not share or disclose materials to anyone outside of the provisions of this Order. In the event defense counsel wishes to share any information in the discovery materials with a defendant, they will ensure that any credit card numbers and personal identifying information ("PII") are redacted, unless it is the credit card number or PII belonging to the defendant in question. If any discovery materials are reviewed with a defendant, they shall be informed of the limitations on dissemination of this information outlined in this Order.

(2) The Parties agree that any of the discovery materials that will be used in a public filing, to include a trial exhibit, will have any and all PII (including home addresses) and credit card numbers redacted before filing.

1

(3) The Parties each reserve their right to seek modification of this Order from the Court should the need arise during the progression of this criminal case.

(4) The Order shall survive the final termination of this criminal case, to include any appeal, and upon termination of this criminal case, attorneys for the Defendants shall return all copies of the discovery materials to the Government that are not a matter of public record at the time (*i.e.*, trial exhibits or other publicly-filed exhibits or documents), or shall certify that said documents have been destroyed.

**SO ORDERED**, this 31st day of July 2024.

/s/ W, Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**