**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | CASE NO.: 7:24-CR-17 (WLS-TQL) |
| : | |
| MICHAEL MATOS GUITIERREZ : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

Before the Court is Defendant Michael Matos Guiterrez ("Defendant") Unopposed Motion for Continuance in the Interests of Justice ("the Motion") (Doc. 73). Therein, Defendant asks the Court to continue the trial in the above-captioned case from the November 2024 trial tern. Counsel contends such a continuance is warranted to allow further time to review and organize discovery; and share that discovery with Defendant.

For the stated reasons and the fact that the Government does not oppose, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 73) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the February 2025 Valdosta Division trial term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 25th day of September 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**