# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:24-CR-17 (WLS-TQL-1) |
| | : |
| MICHAEL MATOS-GUTIERREZ, | : |
| | : |
| Defendant. | : |

## ORDER

It has come to the Court's attention that the Government has filed a Superseding Indictment (Doc 101). Currently, the pretrial conference in the case, which has already been continued once, is set for January 16, 2025 at 2:30 P.M. in Valdosta. Given that a Superseding Indictment has been filed, a pretrial conference in the case appears to be premature. Accordingly, the pretrial conference in the case is **CANCELLED**, pending further order or notice by the Court.

Both Parties are **ORDERED** to confer and file a notice in writing, jointly or separately, on the docket informing the Court as to whether the case will be ready for trial in the February 2025 Valdosta Division Trial Term. If the case will not be ready, and cause exists for a continuance of the trial in the interests of justice, a motion to continue should be filed contemporaneously.

**SO ORDERED**, this 15th day of January 2025.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**