IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:24-CR-17 (WLS-ALS-1) |
| MICHAEL MATOS-GUTIERREZ, | : |
| Defendant. | : |

## **ORDER**

The Court held a pretrial conference in the above-captioned matter on January 16, 2025. At the conference, the Court inquired as to Superseding Indictment (Doc. 101) which had recently been filed on January 14, 2025. The Government explained the changes from the original Indictment (Doc. 1) and announced the maximum possible penalties for the charges in the Superseding Indictment. Defendant indicated that he intended to waive arraignment and tendered a Waiver of Arraignment (Doc. 106) to the Court memorializing the same. Both Parties announced they were ready for trial. Based on the Parties request, the trial in the case is set to begin on **Monday, February 3, 2025, at 8:30 A.M.**, or as otherwise ordered by the Court.

**SO ORDERED**, this 17th day of January 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**