**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | CASE NO.: 7:24-CR-17 (WLS-ALS-1) |
| : | |
| MICHAEL MATOS-GUTIERREZ, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

The trial in the above-captioned matter is presently set to begin on February 3, 2025. In the Notice of Pretrial Conference (Doc. 98) issued on December 2, 2024, the Parties were ordered to file their respective Proposed Jury Verdict Forms, Proposed Voir Dire Questions, and Proposed Jury Instructions/Requests to Charge within one day of the pretrial conference. The Government filed the required documents (Docs. 92–94) on January 3, 2025. Defendant, to date, has failed to do so. Defendant is **ORDERED** to file his Proposed Jury Verdict Form, Proposed Voir Dire Questions and Proposed Jury Instructions/Requests to Charge no later than **Wednesday, January 29, 2025**.

**SO ORDERED**, this 23rd day of January 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1